■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK S. CRUM, Appellant. [627 NYS2d 594] —Judgment unanimously affirmed (see, People v Saunders, 190 AD2d 1092, 1093, lv denied 81 NY2d 1019). (Appeal from Judgment of Ontario County Court, Harvey, J.—Criminal Possession Controlled Substance, 3rd Degree.) Present—Denman, P. J., Green, Wesley, Deorr and Balio, JJ.

■ JOSEPH R. ARCADI et al., Appellants, v JOHN P. RICE, III, Respondent. [627 NYS2d 594] —Order unanimously reversed on the law with costs, application denied and matter remitted to Supreme Court for further proceedings in accordance with the following Memorandum: Supreme Court erred in granting the application of defendant pursuant to CPLR 3012 (d) to require plaintiffs to accept a late answer in this legal malpractice action. Defendant failed to offer a reasonable excuse for his default. We, therefore, reverse the order on appeal and remit the matter to Supreme Court for further proceedings pursuant to CPLR 3215 (b). (Appeal from Order of Supreme Court, Chautauqua County, Cass, Jr., J.—Vacate Default.) Present— Denman, P. J., Green, Wesley, Doerr and Balio, JJ.